UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALVIN C. COPELAND

    *Plaintiffs*

                        Civil Action No. _____

versus

TREASURE CHEST CASINO, L.L.C.
AND ROBERT GUIDRY

    *Defendants*

## NOTICE OF REMOVAL

NOW INTO COURT comes the United States of America, through Donald Cazayoux, Jr., United States Attorney for the Middle District of Louisiana, and James L. Nelson, Assistant United States Attorney, who gives notice of removal of this matter entitled "Alvin C. Copeland vs. Treasure Chest Casino, L.L.C. and Robert Guidry". No. 464607, Division D, 19th Judicial District Court, for the State of Louisiana, (the "Copeland State Court Action") for the following reasons:

1.

The United States has been recently named a Third Party Defendant by Third Party Plaintiff, Robert Guidry (Guidry or "Third Party Plaintiff") in the Copeland State Court Action.

2.

Guidry's third party demand against the United States in the Copeland State Court Action seeks a judgment holding the United States responsible for indemnification of damages in an amount up to $250,000 that Guidry may be cast in judgment to pay Alvin C. Copeland in the Copeland State Court Action.

3.

The above-captioned action is one which may be removed without bond to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1346(c) inasmuch as the action seeks judgment in favor of a third party plaintiff against the United States as a third party defendant and because this district court has original jurisdiction over the claim asserted against the United States.

4.

Attached hereto is a copy of all pleadings and process relating to the Coleman State Court Action of which the United States has become aware.

WHEREFORE, pursuant to 28 U.S.C. §§1441(a)(1) and 1346(c), the United States requests that the above-captioned action now pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, be removed therefrom to this Court.

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

/s/ James L. Nelson
James P. Thompson, LBN 09934
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jim.nelson@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing *Notice of Removal* were served by First Class mail, postage prepaid, to the following persons at the addresses indicated:

Winston Decuir
732 No. Blvd.
Baton Rouge, Louisiana 70802
Co-counsel for Defendant and Third Party Plaintiff, Robert Guidry

Arthur A Lehmann III
643 Magazine Street
New Orleans, Louisiana 70130
Co-counsel for Defendant and Third Party Plaintiff, Robert Guidry

Benjamin Slater
Robert Kutcher
650 Poydras Street
Suite 2400
New Orleans, LA 70130
Counsel for Plaintiff, Alvin C. Copeland

Ralph Capitelli
Capitelli and Wicker
1100 Poydras Street
Energy Centre, Suite 2950
New Orleans, LA 70163
Co-counsel for Defendant and Third Party Plaintiff, Robert Guidry

Baton Rouge, Louisiana this 9th day of September, 2010.

/s/ James L. Nelson
JAMES L. NELSON
Assistant United States Attorney