UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALVIN C. COPELAND

VERSUS

TREASURE CHEST CASINO,
L.L.C. AND ROBERT GUIDRY

CIVIL ACTION

NO. 10-603-BAJ-DLD

## ORDER OF REMAND

This matter is before the Court on the Court's Ruling of September 1, 2011, in which the Court dismissed the claims asserted by third-party plaintiff, Robert Guidry, against third-party defendant, United States of America (doc. 53). After dismissing the claims against the government, the Court ordered the parties to show cause, in writing and within ten days, why this matter should not be remanded, in its entirety, to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana (*Id.* at 10).

As was noted in the Ruling of September 1, 2011, removal jurisdiction was founded solely upon the claims which had been asserted against the government. The Court also noted that this matter presents complex issues of state law which were litigated for over a decade in the state court prior to removal, that the matter has been heard by the Louisiana First Circuit Court of Appeal on more than one occasion, and that over a thousand pages of state court documents were filed into the record upon removal.

The record demonstrates that no party has responded to the Court's order by showing cause why the matter should not be remanded in its entirety.[1]

Accordingly, and for the reasons set forth herein and in the Ruling of September 1, 2011:

**IT IS ORDERED THAT** this matter be, and is, hereby **REMANDED** in its entirety to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, September 15, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] The Court notes, however, that plaintiff, Alvin C. Copeland, Jr., has responded to the order by filing a memorandum in support of remand (doc. 54).